UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSANA DIAZ and JOSE ROSA ROJAS,

               Plaintiffs,

        -against-

RAILROAD AVENUE DELI & GROCERY INC.
and GUSTAVO PUELLO,

              Defendants.

25-CV-6944 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 19, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  December 8, 2025
        New York, New York

                      SO ORDERED.

                      *Jessica Clarke*

                      JESSICA G. L. CLARKE
                      United States District Judge