# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**              **December 19, 2025**              ADMITTED IN NY

<u>*Via ECF; Total Pages: 1*</u>
Hon. Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



**RE:**          ***Diaz et al v. Railroad Avenue Deli & Grocery Inc. et al***
                 **Docket No. 7:25-cv-06944-JGLC**

Dear Judge Clarke:

This firm represents plaintiffs Susana Diaz and Jose Rosa Rojas ("Plaintiffs") in the above-referenced wage-and-hour matter. Pursuant to the Court's Order dated December 8, 2025 (ECF No. 18), Plaintiffs were directed to file a motion for default judgment by today, December 19, 2025.

Pursuant to Paragraph 2(e) of Your Honor's Individual Rules, the undersigned respectfully requests a short one-week extension of time, until December 26, 2025, to file Plaintiffs' Motion for Default Judgment.

There have been no previous requests for an extension of this deadline, and the proposed extension will not affect any other court appearance or deadline.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

Application GRANTED. SO ORDERED.

*/s/ Michael Samuel*
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiffs*

JESSICA G. L. CLARKE
United States District Judge
Dated: December 22, 2025
        New York, New York