UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSANA DIAZ and JOSE ROSA ROJAS,

                              Plaintiffs,

              -against-

RAILROAD AVENUE DELI & GROCERY INC.,
d/b/a Railroad Avenue Deli & Grocery, and
GUSTAVO PUELLO,

                              Defendants.

25-CV-6944 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 26, 2025, Plaintiffs filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 21.

On December 30, 2025, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than January 20, 2026, as to why an order should not be issued granting a default judgment against Defendants. ECF No. 25. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Reznik for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 21.

              SO ORDERED.

Dated:  January 29, 2026
        New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge